

# United States District Court
CENTRAL DISTRICT OF ILLINOIS

MAY - 2 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Henry Johnson,  )
                )
      Plaintiff )
                )
      vs.       )     Case No. 16-2120
                )     (The case number will be assigned by the clerk)
c/o John Doe    )
c/o Furman      )
Sheriff Jered Shofner )
Duty Mike Walker )
Sgt Rob Spickard )
                )
                )
                )
      Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Henry Johnson

Prison Identification Number: 87736

Current address: Macon County Jail 333 South Franklin Street Decatur, IL 62523

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: John Doe

Current Job Title: C/O

Current Work Address: Dewitt County Jail 101 W Washington St Clinton, IL 61727

Defendant #2:

Full Name: Furman

Current Job Title: C/O

Current Work Address: Dewitt County Jail 101 W. Washington St Clinton, IL, 61727

Defendant #3:

Full Name: Jered Shofner

2

Current Job Title: Sheriff

Current Work Address: Dewitt county Jail 101 W. Washington St clinton, IL 61727

Defendant #4:

Full Name: Mike Walker

Current Job Title: Dupty

Current Work Address: Dewitt county Jail 101 W. Washington St clinton, IL 61727

Defendant #5:

Full Name: Rob Spickard

Current Job Title: Sgt. Jail administrator

Current Work Address: Dewitt county Jail 101 W. Washington St clinton, IL 61727

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☑     No ☐

If yes, please describe: Same facts retaliation but for a different reason in this lawsuit.

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑     No ☐

3

C. If your answer to B is yes, how many? __7__   Describe the lawsuit(s) below. Johnson v. Kellogge

1. Name of Case, Court and Docket Number   Johnson v. Smith   Johnson v. Hartshorn
Johnson v. Shofner   Johnson v. Gelloway
Johnson v. Doe   Johnson v. Carolyn

2. Basic claim made __1st 14th 8th Amendment__

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __All cases still pending in the central District.__

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   Dewitt County Jail

Date(s) of the occurrence   2-24-16 and 3-4-16

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

2-24-16 about 9:00 PM at the dewitt county jail officers were passing out medications to the dewitt county jail inmates. I Henry Johnson was one of the inmates who the officers were issuing out medication too. At the time I was prescribe by the doctor to be given Ibuprofen for my lower back problems I sustained while in the dewitt county jail custody. This night I received my medication from officer John Doe who was at that time being supervised on what to do by officer Furman. I usually be given three Ibuprofen pills to take at once. Which I did except this time I was given three Ibuprofen pills along with one blue pill but before taken the medication which was being given to me by officer John Doe who was being supervised at this time and moment by officer Furman. I asked officer Furman was I prescribed more medication then what I been given lately because I have a blue pill with my usually three pills. Officer Furman at the time responded to me (yes) at that time I engulfed all four pills then drunk water afterwords. Once I did that inmate Brown said to officer Furman that looked like my pill you gave to Johnson to take.

then inmate brown ask officer furman where is my medication at which at that time officer furman said to us wait I'll be back. and exit the inmate living quarters and shut the door officer furman failed to check who he had to check with before telling me it was alright for me to take the mixed medication which I was not prescribed to take and in doing so put my health and life at great risk. about five to ten minutes later officer furman came back and ask me to step out into the hallway in which I did at that moment officer furman made it aware he was confused when he gave me the (okay) to take the mixed medication. he officer furman said he checked and I was given the wrong medication mixed with my usually medication, and that he furman had made calls to the doctor and was advise by the doctor that I will start experiencing lite headness and dizzness, which I did. so the doctor advise him to keep me under 24 hours observation then about 20 to 45 minutes later I started feeling very lite headed with great dizzness and very dyhanated. at which time I was sitting at the table in my living quarters and told inmate brown to tell the officer I needed medical treatment. even though I was kept under observation all night by the dewitt county jail staff I was never given proper medical treatment by the dewitt county jail staff furman for which I request and needed at that time instead I was placed in a cell all night and had my blood presure taken atleast five times through the night.

6

by officer furman not a member from the medical staff who I requested to be treated by due to the lite headness and dizzness I was experienced from being given the wrong medication mixed with my medication by the dewitt county Jail staff John Doe. who was being supervised to give me the medication by Officer furman the mention said dewitt county Jail staff knowingly not only put my health at risk. but also put my life in great danger by giving me mixed medication with my usually medication which has left me to experience dizzness lite headness days. sheriff Jered Shofner, Dupty mike walker, Sgt. Bob spickard purposely and knowingly was aware of the health risk they put inmates at, by approving to let they officers at the dewitt county Jail pass out medication to inmates. which the officers have no business doing in the first place because the officers Job is to secure the inmates at the dewitt county Jail not pass out medication to the inmates at the dewitt county Jail. the dewitt county Jail are (not) members of the medical staff there fore they should not be handling medication. my 14th and 8th Amendment was violated til this day I still have dizzness and lite headness spells and headaches from being given the wrong medication mixed with my medication that could have been a fatal combernation.

↑ flip

7

on 1-16 I was transfered from the dewitt county jail to macon county jail due to me complaining and filing grievances due to the mention incident that occurred to me in the dewitt county jail on 2-24-16. every since I transfered from the dewitt county jail to the macon county jail I have endure more pain and suffering due to the fact I was getting better medical treatment while I was in custody at the dewitt county jail. and Sheriff Jered Shofner, Dupty mike walther, sgt Rob Spickard were all aware that I was getting proper medical treatment far as a proper diet meal which consist of a soy free diet cause I'm allergic to soy. and I was on pain medication due to my back problems so by transfering me to macon county jail it would put my medical treatment at a bad risk. due to the fact since I been here at the macon county jail the medical treatment has been very poor. I was transfered from the dewitt county jail to the macon county jail by the mention said defendants in retaliation from me complaining about the wrong medication that was given to me by the dewitt county jail staff item one. and for filing a grievance about the said incident that's how come seven days after I filed the grievance about being given the wrong medication asking for the name of the dewitt county staff that gave me the wrong medication I was transfered before I could retrive this information 3-4-16 to the macon county jail from the dewitt county jail because I choose to utilize my 1st amendment against the dewitt county jail. after being in custody for atleast four months at the dewitt county jail I wasn't a trouble inmate I only became a trouble inmate once the dewitt county jail staff were aware I had pending civil matters against them. also for filing grievances about my confindment conditions while incarcerated at the dewitt county jail. there is no other reason the dewitt county jail mention said defendants can say or prove any misconduct I did to transfer me from the dewitt county jail other then the two pending lawsuits.

I have against the dewitt county jail. one from which is already a retaletion claim in case #2:15-cv-02299-CSB. I was on medication for back pain at the dewitt county jail. which I was receiving twice a day since purposely being transfered from the dewitt county jail to macon county jail. I have been discontinue from being provided proper medical treatment for my back problems due to the poor medical treatment at the macon county jail. all because the dewitt county jail staff Sheriff Jered Shofner, Dupty mike walker, Sgt Rob sprichard chose to punish me in retaletion for me complaining and filing grievances about my jail conditions while beind in custody at the dewitt county jail. the mention said defendants sheriff Jered Shofner, Dupty mike walker, sgt Rob sprichard knowinly and purposely transfered me only to harm my health which they have, because since I been here at the macon county jail almost two months I have not been placed back on my back medication which were pain pills and I have not been given a proper soy free diet which I should be receiving due to my soy allergies. Therefore my 1st, 8th, 14th Amendment has been violated by the mention said defendants.

RELIEF REQUESTED

(State what relief you want from the court.)

That I be compensated for my pain and suffering in the damages amount of $ 1 million dollars and in punitives damages in the amount of $ 1 million dollars. and it ruled in my favored by jury or decided by settlement that the defendants pay any or all my legal and court fees.

JURY DEMAND    Yes [✓]    No [ ]

Signed this _April_ day of _26_ , 20 _16_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: Henry Johnson | Inmate Identification Number: 87736 |
|---|---|
| Address: Macon County Jail, 333 South Franklin St, Decatur, IL 62523 | Telephone Number: |

8