E-FILED
Monday, 02 May, 2016 01:31:59 PM
Clerk, U.S. District Court, ILCD

# VOLUNTARY STATEMENT

10 copies

Page ___ of ___ Pages

| DATE: 4-8-16 | TIME: 9:00 PM | PLACE: Macon County Jail | | | DATE OF BIRTH: 2-20-77 |
|---|---|---|---|---|---|
| NAME: Henry Johnson | | | | | |
| ADDRESS: 333 S. Franklin St | CITY: Decatur | IL: IL | ZIP: 62523 | PHONE: | |

I Henry Johnson was incarcerated at the dewitt county jail in clinton, IL from 11-13-15 to 3-4-16 doing my incarcerated time in the dewitt county Jail. It was a struggle and in doing so on or about 2-24-16 doing the 6:00 PM to 6:00 AM police shift at the dewitt county jail. medication was being issue out to the inmates at the dewitt county jail by the dewitt county jail staff. I was one of the inmates who medication was being issued out to by the dewitt county jail staff at which at the time I was given the wrong medication mixed with my medication, provided by the mention said defendants in my federal complaints once the mention said defendants in my federal complaint realize the error they had made they admitted to me that they made a mistake to giving me the wrong medication which belonged to another inmate whos last name was Brown.

I have read this statement consisting of __1__ page(s), and affirm to the truth and accuracy of the facts contained therein:

_____  4-11-16       _____  4/11/16
SIGNATURE OF PERSON GIVING STATEMENT   DATE    WITNESS                           DATE

_____  _____       
WITNESS                    DATE              WITNESS                           DATE

"OFFICIAL SEAL"
KAREN S WEST
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-10-2017

Flip 1

30 to 45 minutes after I was given the wrong medication mixed with my medication I started experience lite headness and dizzness with slite headaches. I was then placed over night in an observation room alone without medical attention being provided to me by medical staff instead my blood pressure was being taken by an dewitt county Jail staff. I never received the proper medical attention I requested at the time I needed when I started experience lite headness and dizzness with slite headaches. everything I mention in my federal complaint against the dewitt county Jail mention said defendents are true and accurrate to my best knowledge. 3-4-16 I was transfered from the dewitt county Jail to the macon county Jail in retaliation due to me filing grievances and having two pending lawsuits against the dewitt county Jail staff. such as Sheriff Jered Shofner, Dupty mike walker, Betty Smith. and due to me being transfered from the dewitt county Jail from where I was receiving good medical treatment for my back problems. since being transfered to the macon county Jail I have been receiving very poor medical treatment such as not being replaced back on my back medication which were pain pills. Sheriff Jere Shofner, Dupty mike walker, Sgt Rob spickard knownly and purposely transfered me to macon county Jail knowning my health would be at risk. all because the mention said defendents retaliated against me for filing grievances and lawsuits while incarcerated at the dewitt county Jail.

# VOLUNTARY STATEMENT

Page 1 of 1 Pages

| DATE: 2-28-16 | TIME: 12:00 pm | PLACE: DeWitt County Jail | | DATE OF BIRTH: 5-25-74 |
|---|---|---|---|---|
| NAME: E. Brooks | | | | |
| ADDRESS: 1312 Carver | CITY: Champaign | IL: IL | ZIP: 61801 | PHONE: |

On the date of 2-24-16 I was sitting at the front table by the door on C-block when the door opened and officers called out medication and asked for inmates Brown and Johnson. I observed Brown and Johnson walk to the door and I saw Inmate Johnson hold his hand out to recieve medication. once the medication was handed to Inmate Johnson he asked officers did the doctor add in a new pill because I'm only suppose to get one, in which one of the officers replied I guess so in responce to Johnson's question. So I then saw Johnson take pills after the officers responce. After Johnson took the pills and moved away from door Inmate Brown asked for his pill to which officer had no more pills and realized he had given Johnson both his pill and Brown's pill. Will testify

I have read this statement consisting of 1 page(s), and affirm to the truth and accuracy of the facts contained therein:

_[signature]_ 2-28-16
SIGNATURE OF PERSON GIVING STATEMENT   DATE

_[signature]_ 2-28-16
WITNESS   DATE

WITNESS   DATE

WITNESS   DATE

# VOLUNTARY STATEMENT

Page _____ of _____ Pages

| DATE: | TIME: | PLACE: |
|---|---|---|
| 2-28-16 | 7:05 pm | Dewitt Co. Jail |

| NAME: | DATE OF BIRTH: |
|---|---|
| Dashun Avery | 10-26-94 |

| ADDRESS: | CITY: | IL: | ZIP: | PHONE: |
|---|---|---|---|---|
| 1214-C Garden Dr | Danville | IL | 61832 | |

I witnessed a correctional officer give Henry Johnson the wrong medicine after Henry asked and told the officer it wasn't his correct medicine, and he still made him take it, and i am willing to testify what i have seen. This all happen on 2-24-16.

I have read this statement consisting of _____ page(s), and affirm to the truth and accuracy of the facts contained therein:

Dashun Avery                     2-28-16
SIGNATURE OF PERSON GIVING STATEMENT     DATE

Henry Johnson                    2-28-16
WITNESS                          DATE

WITNESS                          DATE

WITNESS                          DATE