E-FILED
Monday, 12 December, 2016  12:02:39 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Henry Johnson                      )
                                   )
            Plaintiff              )
                                   )
        vs.                        )        Case No. 16-2120
                                   )        *(The case number will be assigned by the clerk)*
Jered Shofner                      )
mike walther                       )
Bob spichard                       )
                                   )        **FILED**
_____                )
_____                )        JUN 2 9 2016
_____                )
_____                )        CLERK OF THE COURT
                                   )        U.S. DISTRICT COURT
            Defendant(s)           )        CENTRAL DISTRICT OF ILLINOIS
                                   )        URBANA, ILLINOIS

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

_____

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: *Henry Johnson*

Prison Identification Number: *877360*

Current address: *Macon county Jail 333 South Franklin St Decatur, IL 62523*

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: *Rob Spickard*

Current Job Title: *Sgt. Jail Administrator*

Current Work Address *Dewitt county Jail 101 W. Washington St Clinton, IL 61727*

Defendant #2:

Full Name: *Mike Walker*

Current Job Title: *Dupty*

Current Work Address *Dewitt county Jail 101 W. Washington St Clinton, IL 61727*

Defendant #3:

Full Name: *Jered Shofner*

Current Job Title: *Head Sheriff*

2

Current Work Address *Dewitt county jail 101 W. Washington st clinton, IL 61727*

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

    *The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☑    No ☐

If yes, please describe *same facts different reason*

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑    No ☐

C. If your answer to B is yes, how many? *6* Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

*Johnson v Hartshorn   Johnson v. Doe*
*Johnson v. smith   Johnson v. Carolyn*
*Johnson v. Shofner   Johnson v. Gollaway*

2. Basic claim made   *1st 14th, 8th*

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) *All Cases Still pending*

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☐   No ☑

If your answer is no, explain why not *Because I was transfered 3-4-16 from dewitt county Jail to macon county Jail without notice but I did file a grievace about this incident once I got to macon county Jail.*

C. Is the grievance process completed?   Yes ☑   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence *Dewitt county Jail*

4

Date(s) of the occurrence ___3-4-16___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

3-4-16 I was transfered from the dewitt county jail to the macon county jail due to me complaining and filing grievances while I was incarcerated at the dewitt county jail from 11-13-15 to 3-4-16. ever since I was transfered from the dewitt county jail to the macon county jail I have endure more pain and suffering due to the fact I was getting better medical treatment while I was in custody at the dewitt county jail. and Head sheriff Jered Shofner, Dupty mike walker, and Jail Administrator sgt. Rob spichard were all aware that I was getting proper medical treatment. far as a proper diet meal which consist of a soy free diet cause I'm allergic to soy, and I was on pain medication due to my back problems so by transfering me to macon county jail it would put my medical treatment at risk. due to the fact since I been here at the macon county jail the medical treatment has been very poor I was transfered from the dewitt county jail to the macon jail. by the mention said defendants in retaliation from me filing grievances and having two pending lawsuits against the dewitt county jail staff. after being in custody for atleast four months at the dewitt county jail I wasn't a trouble inmate I only became a trouble inmate. once the dewitt county jail staff were aware I had pending civil matters against them. also for filing grievances about my confinement conditions while incarcerated at the dewitt county jail, there is no other reason the dewitt county jail

5

mention said defendants can say or prove any misconduct I did to transfer me from the dewitt county jail other then the two pending lawsuits. I have against the dewitt one from which is already a retaliation claim in case 2:15-cu-02299-CSB I was on medication for back pain while I was at the dewitt county jail. I was receiving it twice a day since purposely being transfered from the dewitt county jail to the macon county jail I have been discontinue from being provided proper medical treatment for my back problems due to poor medical treatment at the macon county jail all because the dewitt county jail staff Jered Shofner, Duputy milke walker, Sgt Jail Administrator Bob spichald choose to punish me in retaliation for me complainting and filing grievances about the jail conditions. While being in custody at the dewitt county jail my 1st, 8th and 14th amendments has been violated by the mention said defendants, due to the fact after confirming from my attorney that I was recommended by the mention said defendants to be transfered from the dewitt county jail to the macon county jail through the U.S marshals. and was told for reasons unknown.

## RELIEF REQUESTED

(State what relief you want from the court.)

That I be compensated for my pain and

7

suffering in the damage amount $ 1,000,000 million dollars and punitive damages in the amount of $ 1,000,000 million dollars and if ruled in my favor by jury or decided by settlement that the defendants paid any and all my legal and court fees. I pray the court grant such relief.

JURY DEMAND          Yes ☑          No ☐

Signed this _June_ day of _23_ , 20 _16_ .

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Henry Johnson | 87736 |
| Address: macon county jail 333 South franklin st Decatur, IL 62523 | Telephone Number: |

8